FILED

JUL 23 2012

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, HELENA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| ROBERT GLEN PLEBST, <br><br> Petitioner, <br><br> vs. <br><br> MARTIN FRINK; ATTORNEY GENERAL OF THE STATE OF MONTANA, <br><br> Respondents. | No. CV-12-42-GF-SEH <br><br> **ORDER** |

United States Magistrate Judge Keith Strong entered Findings and Recommendations[1] on July 13, 2012. Petitioner filed Objections[2] on July 18, 2012. The Court reviews *de novo* findings and recommendation to which objections are made. 28 U.S.C. § 636(b)(1).

---

[1] Document No. 4.

[2] Document No. 5. Petitioner also attached a supporting brief and exhibits.

Upon *de novo* review of the record, and full consideration of the objections, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

ORDERED:

1. The Petition[3] is DISMISSED for lack of federal subject-matter jurisdiction.

2. A certificate of appealability is DENIED.

3. The Clerk of Court is directed to close this matter and enter judgment in favor of Respondents and against Petitioner.

DATED this 23rd day of July, 2012.

SAM E. HADDON
United States District Judge

---

[3] Document No. 1.